**AO 450 (Rev. 5/85) Judgment in a Civil Case

# *UNITED STATES DISTRICT COURT*
### SOUTHERN DISTRICT OF OHIO

JUDGMENT IN A CIVIL CASE

| | | |
|---|---|---|
| Shelli R. Shaw, | : | |
| Plaintiff | : | Civil Action 2:09-cv-00895 |
| v. | : | Judge Marbley |
| Commissioner of Social Security, | : | Magistrate Judge Abel |
| Defendant | : | |

[] **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

[] **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

[X] **Decision by Court.**  This action was decided by the Court without a trial or hearing.

> IT IS ORDERED AND ADJUDGED That pursuant to the January 10, 2011 Order, the Court **ADOPTS** the Report and Recommendation.  Plaintiff's motion for summary judgment is **DENIED.**  Defendant's motion for summary judgment is **GRANTED.**  The decision of the Commissioner of Social Security is **AFFIRMED. JUDGMENT** is entered for defendant.

Date:  **January 10, 2011**                                  **James Bonini, Clerk**


                                                                                   s/Betty L. Clark                
                                                                       Betty L. Clark/Deputy Clerk